# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV17-04316-RGK (JCx) | Date | August 23, 2017 |
|---|---|---|---|
| Title | *RUTH GAMBOA v. ACCESS GENERAL INS. AGENCY OF CALIFORNIA, LLC, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Sharon L. Williams (Not Present) | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order re Motion to Remand (DE 23)

Upon review of Plaintiff's motion, the Court **denies** Plaintiff's request to remand the action, as Defendant's second removal of this matter is based on newly-acquired facts obtained from discovery. *See Benson v. SI Handling Systems, Inc.* 188 F.3d 780, 782-83 (7th Cir. 1999).

Plaintiff's Motion to Remand is **denied**.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer